Page
1 OF 9

# [FEDERAL DISTRICT COURT]

FILED
RICHARD W. NAGEL
CLERK OF COURT

J. COLE

Christopher Foster, (46065579)
2240 Hubbard Road
Youngstown, Ohio 44505
Plaintiff,

Case No.

**1:26 CV 167**

VS

CoreCivic, etal.,
2240 Hubbard Road
Youngstown, Ohio 44505
Defendants.

[28 USCS 1657
PRIORITY]

## [COMPLAINT W/ MOTION FOR LEAVE TO SUE]

Pursuant to 28 USC 1654, I ask this Court to allow me to be heard on the emergency matter of imminent danger at hand to which, if the Court were to require me to endure further delay for any reason, I could be placed back around the inmates to which are not disabled to which have threatened and attacked me soley because I am disabled as follows. See, Lindsey V. Hoem, 799 Fed. Appx. 410, 413.

The Defendant is liable for one/third of an 18 USCS 1961 scheme.

(1). As early as February 2025, M.T.C., Corecivic, and Struck Love Attorneys began working together to participate in an [association] in fact enterprise for extorting me out of an ability to obtain a favorable contract breach ruling on a disability basis. (2) By tampering with records these three parties, including Defendant Corecivic, are continuing to expose me to ridicule to which can cause me to be harmed by an attack from other inmates.

Corecivic (3) learned of my civil suit and used a retaliatory transfer method to send me to M.T.C. even though I actually was not M.T.C. eligible. (4). M.T.C. is a private security firm that operates assistance for Ohio. (5) As soon as they found theirself not able to convice me to drop my civil suit, M.T.C. sent me back to Corecivic and kept all of my property worth more than $500 dollars to expose me to ridicule, including their using force on me to encourage me to drop my civil suit. See, (Exhibit ONE).

During (6) this same time frame, Struck Love Attorneys were filling false papers to Court from approximately April 2025 ongoing, claiming that I had no authority to indicate NEOCC as Defendant while suing Ohio. (7) Meanwhile, Ohio Revised Code 1329.10(C) authorizes me to sue Ohio for using contract breach methods, and in suing I am authorized to use the name Ohio has been representing their actions in, even though they claim with no presentation of evidence, that, the name NEOCC is fictitious.

Struck Love Attorneys have violated (8) Ohio Revised Code 2905.11(B)(5), by filling false papers in a judicial proceeding claiming that a fictitious name protects a Defendant from liability, relevant to, State V. Brown, 171 Ohio St. 3d 303, 311. In the midst of these actions, Corecivic has been actively refusing to give me (9) me any information, before, also after the suit began, regarding how I can contact Mr. Brian Evans, to learn if NEOCC is registered for Ohio, or fictitious?

4 or 9

(10) The highest official I have been able to reach, is the Warden office, and he is tampering with records by concealing them, to expose me to ridicule in my civil suit (Exhibit TWO) claiming that he is concealing the record because he wants nothing to do with the process. Had the case been won (Exhibit Three) I could have remained in a single cell and (11) avoided imminent danger by being attacked by a cellmate on basis of my disability, as I had been between 2011-2024 October.

As (12) soon as it was clear that I had begun the appeal process Corecivic chief officials put out an email, in order to cover up my need for single cell housing to which was in effect at the time (Exhibit Four), claiming that their goal is to make me no longer believe or think that I am single cell approved. (13) This type of conduct runs afoul of the law in United States V. Riley, 115 F. 4th 604, 608.

Shortly after (14) this email, and at a time when I had not learned of it, I began to recieve threats (Exhibit Five) of which included a reasonless threat of ending my single cell safe housing accommodation. (15) I ask the threat to be corrected and the Unit head made it clear the request on 42 USCS 12203 issues had been completed. See, (Exhibit Six).

Days (16) later, on the third, except the day after I purchased food to survive because I cannot go to the cafeteria due to how dangerous this administration has made the facility, Several officers, a Captain, LT., etcetera, threatened to use potentially deadly use of force on me if I did not end my single cell accommodation, or go to the hole a continue my single cell accommodation while being punished for it. That night (17) February 3rd, 2026, I was placed into a single cell accommodation in the hole, where I am now being punished, for the above.

6 OF 9

Staff is aware that (18) in this cell I am unable to take medication for my chronic arthritis disability pain, that I am not being treated for my neuropathy chronic pain at all, (Exhibit Seven) and that my skin disability will cause burning, itching, bleeding, peeling, etc, because I cannot shower or use skin disease medication due to policies for the hole. (19) I cannot leave the hole until I relinquish my $5.4 billion dollar right in action about single cell housing.

(20) In order to enrich themselves by impeding my access to Court on these matters, they are also stealing my (Exhibit Eight) legal mail. (21) I have no way to access the court while being extorted like this, unless the court acts with vigilance about my rights. See, (Exhibit Nine). I am indigent, and I ask the Court to (22) order the ~~State or~~ Corecivic to send my account info, but also to waive the initial payment due to these issues.

7of9

The issues (23) raised in this matter have been going on, ongoing, for more than 10 months in light of, State V. Dent, 170 N.E.3d 816, 821 (2020).

I (24) ask that the Clerk be authorized to complete any summons or other paper I have not filed because my condition is the sole reason for anything missing, and with the measures I am under, I cannot be expected to do more, in a reasonable amount of time. I sued the state for a $5.4 billion dollar (25) basic law contract breach, and in that suit I gave them the option to settle. (26) Due to my being housed in NEOCC at the time; Corecivic and their associates stepped in to extort me out of my implied in fact RA/AOA contract case, as it is indicated by Ohio Revised Code 9.06(A)(4).

Ohio is liable in the separate suit, through Ohio Revised Code 5120.03(C) and laws related to the (27) implied in fact agreement the made with me.

8 of 9

(28) Yet Corecivic is liable for associating to extort me out of my $5.4 billion dollar suit, and I am suing their other two associates separately.

All information provided herein above, is true and correct, under 28 USCS 1746(2).

<u>Christopher Foster</u>  <u>February 5th, 2026</u>

(I). <u>Relief</u>:

①. That this Court respect my handwriting for the sake of justice and:

(i). issue a Temporary Restraining Order without prior notice, permanent injunction or other <u>Rule 65</u> relief that would cause Corecivic to (A). return my single cell safe housing accommodation (Exhibit Three) as given in the first place; and (B) begin settlement negotiations;

(ii). Order the Defendant to pay One third of the $5.4 billion's [treble Amount]

* The total amout of Treble damages, is $16.2 billion dollars, while only one of the OCCA parties is being sued here, for one third of those damages.

* This document is a motion / Complaint filed while under the worst of impeding times, during also about extortion terms. See, 28 USC 1657.

Respectful Submittance,

Christopher Foster