**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, | : | Case No. 1:26-cv-167 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| CORECIVIC, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**ORDER OF TRANSFER**

---

Plaintiff, an inmate at the Northeast Ohio Correctional Center (NEOCC), in Youngstown, Ohio, brings this civil action against CoreCivic.  (Doc. 1).[1]

Title 28 U.S.C. § 1391(b) governs questions of venue.  Under section 1391(b), an action may be brought only in:

(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or

(3) if there is no district in which the action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

---

[1]The Court notes that plaintiff has previously been found to have accumulated at least three "strikes" under 28 U.S.C. § 1915(g).  *See Foster v. O.D.R.C.*, No. 2:19-cv-1576, 2019 WL 5747036, at *2 (S.D. Ohio Oct. 8, 2019), *report and recommendation adopted sub nom. Foster v. Ohio Dept of Rehab. & Corr.*, 2019 WL 5725377 (S.D. Ohio Nov. 5, 2019).  *See also Foster v. Ohio*, No. 3:15-cv-2256, 2016 WL 537475, at *2 (N.D. Ohio Feb. 11, 2016).

28 U.S.C. § 1391(b).  It appears that the sole defendant in this case resides in Mahoning County.  It also appears that the events giving rise to plaintiff's claims occurred at NEOCC in Mahoning County.  Mahoning County is located in the Northern District of Ohio.  The Southern District of Ohio is not the proper venue under section 1391(b).  This case therefore is properly venued in the Northern District of Ohio.  Accordingly, the **Clerk of Court** is hereby **DIRECTED TO TRANSFER** this case to the Northern District of Ohio, Eastern Division, for all further proceedings.

   **IT IS SO ORDERED**.


February 25, 2026

                                                KAREN L. LITKOVITZ
                                                United States Magistrate Judge

2